UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN QUIRE,

                        Plaintiff,

            v.                                              No. 19-CV-10504 (RA)

CITY OF NEW YORK et al.,                                    ORDER

                        Defendant.

RONNIE ABRAMS, United States District Judge:

        It has come to the Court's attention that on December 3, 2020, the First Department

issued a decision in connection with Plaintiff's Article 78 petition. *See Quire v. City of New

York*, 2020 N.Y. Slip Op. 07304, 2020 WL 7061767 (N.Y. App. Div. Dec. 3, 2020). Within two

weeks of the date of this order, the parties shall file letter briefs of no longer than five pages

informing the Court as to what effect, if any, the appellate court's decision has on the arguments

contained in the parties' motion papers.

SO ORDERED.

  Dated:        December 28, 2020
                New York, New York

                                            _____
                                            Ronnie Abrams
                                            United States District Judge